IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| LYNN EDWARD STOWERS, | : | |
| | : | |
| Claimant, | : | |
| | : | |
| v. | : | CASE NO. 3:11-CV-96-CDL-MSH |
| | : | Social Security Appeal |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Respondent. | : | |
| _____ | | |

## RECOMMENDATION OF DISMISSAL

Claimant filed a Complaint against the Commissioner of Social Security on July 20, 2011, seeking to have this Court overrule the Commissioner's denial of disability insurance benefits and Supplemental Security Income. (Compl. 1, ECF No. 1.) Along therewith, Claimant filed a motion to proceed *in forma pauperis* in this action. (ECF No. 2.) Based on the Claimant's monthly disposable income and yearly household income, the Court denied Claimant's request. (Order, July 25, 2011, ECF No. 4.) In the order denying IFP, the Court explained that Claimant's action would be dismissed if he failed to timely pay the filing fee. (*Id.* at 3.)

Claimant failed to comply with the above instructions or otherwise respond to the Court's Order. Consequently, it is recommended that Claimant's action be DISMISSED without prejudice for failure comply with the Court's Order and failure to pay the filing fee as required by 28 U.S.C. § 1914(a). Pursuant to 28 U.S.C. § 636(b)(1), the Claimant may serve and file written objections to this recommendation with the United States

2

District Judge within fourteen (14) days after being served a copy of this recommendation.

    SO RECOMMENDED, this 5th day of December, 2011.

                                      S/ Stephen Hyles
                                      UNITED STATES MAGISTRATE JUDGE