```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                      ATHENS DIVISION
```

LYNN EDWARD STOWERS,

      Plaintiff                      *

vs.                                     *    CASE NO. 3:11-CV-96 (CDL)

MICHAEL J. ASTRUE, Commissioner *
of Social Security,
                                       *

      Defendant
                                       *

## O R D E R

      This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on December 5, 2011. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

      IT IS SO ORDERED, this 24th day of January, 2012.

                                              s/Clay D. Land
                                              CLAY D. LAND
                                              UNITED STATES DISTRICT JUDGE